

CLERK, U.S. DISTRICT COURT

NOV 2 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff, )<br><br>    vs. )<br><br>**Erick Gomez** )<br>    Defendant. )<br>_____ ) | Case No.: **8:23-MJ-00579**<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of<br>Pretrial Release) |

### A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __A. Goddard, S.D.Cal.__, and the Court having conducted a hearing on the alleged violation(s),

### B.

The Court finds

(1)

    (A)  ( )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (✓)  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

__failing to provide current address + report; drug use__

and

(2)

    (A)  (✓)  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  (✓)  that the defendant is unlikely to abide by any condition or combination of conditions of release.

    and/or, in the event of (1) (A)

(3)    ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)    ( )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

    ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓)  IT IS ORDERED that the defendant be detained prior to trial.

DATED: ___11/22/23___

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2